IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MARION COLEMAN,

    Plaintiff,

v.

CIVIL ACTION NO.: CV207-037

RALPH KEMP, Warden, Wheeler
Correctional Facility; Officer ROBERT
BRISTOL; Sgt. CHARLIE WILLIAMS;
JAMES DONALD, Commissioner;
JERAL KICKLIGHTER, and
CLYDE McCALL, Chairman,
Jeff Davis County Commission,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Kemp, Donald, and McCall are **DISMISSED**. Plaintiff's claims against Defendants Kicklighter, Bristol, and Williams in their official capacities are also **DISMISSED**.

**SO ORDERED**, this ___15___ day of ___June___, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)