IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 APR 22 AM 10: 58
CLERK
SO. DIST. OF GA.

MARION COLEMAN,

    Plaintiff,

v.

    CIVIL ACTION NO.: CV207-037

JERAL KICKLIGHTER,

    Defendant.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which an objection has been filed. In Plaintiff's objection, he refers the Court to "evidence" he previously provided which was reviewed by the Court.

Plaintiff's objection is without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendant Kicklighter's Motion for Summary Judgment is **GRANTED**. Plaintiff's Complaint is **dismissed**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 22 day of April, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)